## STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

## NOT DESIGNATED FOR PUBLICATION

Goldie M. Jack
In Proper Person
901 DeRouen St.
Ville Platte LA 70586

### REHEARING ACTION: December 19, 2007

**Docket Number: 07   01095-CM**

**GOLDIE M. JACK**
**VERSUS**
**NICK LABAS**

**Motion from EVANGELINE Parish Case No. 06-21902**

**BEFORE JUDGES:**

> Hon. Jimmie C. Peters
> Hon. Michael G. Sullivan
> Hon. Glenn B. Gremillion

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Goldie M. Jack** has this day been

> **DENIED.**

cc: Ward F. Lafleur, Counsel for the Appellee